IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Irving E. Twitty #270014 )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Nationwide Insurance Comp; )<br>Patricia Dugan, CPCU, AiC; )<br>Cherylon Dean, Claims Invest.; )<br>Dennis Gillillan, Claims Manag; )<br>Alicia W. Cornelius, Regulator, )<br>)<br>Defendant. ) | C/A No.: 6:09-2381-RBH<br><br>**ORDER** |

This Court entered an Order on December 4, 2009 denying the plaintiff's request to proceed *in forma pauperis.* The Order further provided that "Plaintiff shall have 15 days from the date of this order to pay the filing fee. If he fails to do so, the clerk shall enter an order of dismissal without prejudice pursuant to 28 U.S.C. § 1915(g)."

The Clerk has advised that the plaintiff has not paid the filing fee. Therefore, the case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**.

                                                    s/R. Bryan Harwell
                                                    R. Bryan Harwell
                                                    United States District Judge

December 23, 2009
Florence, South Carolina